IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**RICHARD HARRIS,**
    **Plaintiff,**

vs.        Case No. 5:06cv28/MCR/MD

**FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,**
    **Defendants.**

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk. This case was transferred to this court from the Middle District of Florida in January 2006 after plaintiff filed a civil rights complaint pursuant to 42 U.S.C. § 1983. (Doc. 1).

    On April 21, 2006 this court entered an order granting plaintiff leave to proceed *in forma pauperis* and directing plaintiff to submit an amended complaint within thirty days. (Doc. 10). Plaintiff was warned that his failure to do so would result in a recommendation of dismissal of this action. Plaintiff did not file an amended complaint.

    Accordingly, on June 5, 2006 the court issued an order requiring plaintiff to show cause within twenty (20) days why this case should not be dismissed for his failure to prosecute and failure to comply with an order of the court. (Doc. 11). To date, plaintiff has failed to file an amended complaint or explained his inability to do so.

**Accordingly, it is respectfully RECOMMENDED:**

**That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court and that the clerk be directed to close the file.**

**DONE AND ORDERED this 14th day of July, 2006.**

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636;** ***United States v. Roberts,*** **858 F.2d 698, 701 (11th Cir. 1988).**